■ In the Matter of KIANO R., a Person Alleged to be a Juvenile Delinquent, Appellant. [4 NYS3d 513]—

Order of disposition, Family Court, New York County (Mary E. Bednar, J.), entered on or about October 22, 2013, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of sexual abuse in the first degree, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

Probation was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), given the seriousness of the underlying sex crime against a very young child. Furthermore, the court properly concluded that appellant was in need of a treatment program that could not be completed within the duration of an adjournment in contemplation of dismissal (*see e.g. Matter of Jose P.*, 115 AD3d 420 [1st Dept 2014]). Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Kapnick, JJ.